**Marcellus JOHNSON, Plaintiff–Appellant,**

v.

**USG INTERIORS INTERNATIONAL, INC., Defendant–Appellee.**

No. 03–4403.

United States Court of Appeals, Sixth Circuit.

Dec. 16, 2004.

Mark P. Herron, Cleveland, OH, for Plaintiff–Appellant.

Robert E. Dezort, Millisor & Nobil, Cleveland, OH, for Defendant–Appellee.

Before DAUGHTREY, COOK, and FARRIS,* Circuit Judges.

* The Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit Court of Appeals, sitting by designation.

309

PER CURIAM.

Marcellus Johnson appeals the district court's order granting summary judgment for USG Interiors International, Inc. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.